## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **CC MULTI, LLC f/k/a** **CarpetCare Multiservices, LLC** | **CIVIL ACTION FILE** |
| **Plaintiff/Counter Defendant** | **NO.: _____** |
| **V.** | |
| **ELGIN THOMAS CARLE** | |
| **Defendant, Counter Claimant** **And Third Party Plaintiff** | |
| **V.** | |
| **GREGORY J. FROST** | |
| **Third Party Defendant** | |

## THIRD PARTY DEFENDANT GREGORY J. FROST'S
## NOTICE OF REMOVAL

Third-Party Defendant Gregory J. Frost hereby files this Notice of Removal

pursuant to 28 U.S.C. §§ 1441(c), and states as follows:

1. CC Multi, LLC ("CarpetCare") instituted an action against Elgin Thomas Carle

   ("Carle"), a former Independent Contractor, alleging that he violated the non-

   competition provision found in his Independent Contractor Agreement. That

1

action was filed on January 23, 2017 in the Superior Court of Cobb County, Georgia.  A copy of this complaint is attached hereto as Exhibit 1.

2. The lawsuit was served on Carle on January 27, 2017.  On February 27, 2017, Carle filed an Answer and Counterclaim, and separately filed a Third-Party Complaint against Gregory J. Frost ("Frost").  A copy of the Answer is attached hereto as Exhibit 2.

3. The Third-Party Complaint alleges that Frost, as an owner of CarpetCare, violated the Fair Labor Standards Act 29 § U.S.C. 207 by misclassifying Carle as an Independent Contractor and failing to pay overtime.  Counsel for Frost acknowledged service of the complaint on March 4, and Frost was served March 10, 2017.  The Third-Party Complaint is attached hereto as Exhibit 3.

4. The Complaint was amended and the Amended Complaint is attached as Exhibit 4.

5. Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, the Order Denying TRO, the Response and Reply are attached as Exhibit 5.

6. All other documents of record are combined and attached as Exhibit 6.

7. Pursuant to 28 U.S.C. § 1441(c)(2), the Court should sever Carle's FLSA claim against Frost and CarpetCare and remand the state law claims back to the Superior Court of Cobb County.

8. This Notice of Removal is filed in the United States District Court for the Northern District of Georgia as all parties reside in either Douglas or Cobb County, Georgia.

9. This Notice of Removal is filed within 30 days from the date Frost's counsel acknowledged service of the complaint, and is within the time allowed for the removal of actions under 28 U.S.C. § 1446(b).

10. As Carle alleges a violation of Federal Law, which claims are independent of the claims brought against Carle, this Court has federal question subject-matter jurisdiction over this case, and removal of this action to this Court is lawful and proper.

11. CarpetCare consents to the removal of this case.

12. A notice that his filing has been made will be filed with the clerk of the Superior Court of Cobb County and served on counsel of record for Carle.

WHEREFORE, Gregory J. Frost notifies this Court and the parties hereto that the above-styled action, formerly pending in the Superior Court of Cobb County, Georgia has been removed therefrom to this Court.

[Signature on next page]

This the <u>16th</u> day of <u>March</u>, 2017.

Ryan L. Isenberg
Georgia Bar No. 384899

Isenberg & Hewitt, P.C.
Attorneys at Law
600 Embassy Row, Suite 150
Sandy Springs, GA 30328
ryan@ihlaw.us

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served Third Party Defendant Gregory

J. Frost's Notice of Removal on Elgin Thomas Carle by delivering a copy of same

to his attorney of record, via regular US Mail, with adequate postage affixed

thereto, and addressed as follows:

Jeffrey A. Daxe, Esq.
J. Daniel Cole, Esq.
Moore, Ingram, Johnson & Steele, LLP
Emerson Overlook
326 Roswell Street
Marietta, GA 30060

This the <u>16th</u> day of <u>March</u>, 2017.

Ryan L. Isenberg
Georgia Bar No. 384899

Isenberg & Hewitt, P.C.
Attorneys at Law
600 Embassy Row, Suite 150
Sandy Springs, GA 30328
ryan@ihlaw.us