# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| CC MULTI, LLC f/k/a<br>CarpetCare Multiservices, LLC | CIVIL ACTION FILE |
| Plaintiff/Counter Defendant | NO.: 1:17-cv-00973 RWS |
| V. | |
| ELGIN THOMAS CARLE | |
| Defendant, Counter Claimant<br>And Third Party Plaintiff | |
| V. | |
| GREGORY J. FROST | |
| Third Party Defendant | |

## ORDER

Before the Court is a Joint Motion of the Parties [Doc. 9]. Having reviewed the Motion, and the parties having consented thereto, the Motion is GRANTED and it is ORDERED that:

(A) CC Multi's claims (as amended) are hereby severed and remanded to the State Court of Cobb County, and;

(B) The Clerk is directed to realign the parties to reflect that Carle is the Plaintiff with a pending action against CC Multi and Frost as the Defendants, and;

(C) Carle will have thirty (30) days from the entry of this Order to file an amendment complaint. Defendants will have the time allowed by rule to answer or otherwise plead, and;

(D) The anchor date for scheduling purposes, including the conference, submission of a preliminary report and discovery plan, initial disclosures, and the start of the four-month discovery period shall be based upon the Defendants' filing of responsive pleadings to Carle's amended complaint.

This the 19th day of April, 2017.

Hon. Richard W. Story
United States District Judge